UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY M. GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE, *et al.*,<br><br>   Defendants. | No. 1:19-cv-01636-NONE-JDP<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE UNDER THE FAVORABLE-TERMINATION RULE</u><br><br>(Doc. No. 8) |

Plaintiff Jimmy M. Garcia ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff alleges in his complaint that he is innocent of the crime for which he was convicted and claims that the evidence relied upon to convict him was false or flawed. (*See* Doc. No. 1.) On January 8, 2020, the assigned magistrate judge ordered plaintiff to show cause why this civil rights action should not be barred by the favorable-termination rule of *Heck v. Humphrey*, 512 U.S. 477 (1994). Plaintiff's response to that order reiterated his original arguments and failed to address the holding in *Heck*. (*See* Doc. No. 7 at 1-2.)

On January 24, 2020, the magistrate judge issued findings and recommendations recommending that this action be dismissed under the *Heck* favorable termination rule. (Doc. No.

8.) Those findings and recommendations were served on Plaintiff, along with an application form for a writ of habeas corpus, and contained notice that objections were due within fourteen (14) days. (*Id.* at 1.) Plaintiff has not filed any objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on January 31, 2020, (Doc. No. 8), are adopted in full;
2. This action is dismissed as barred by *Heck v. Humphrey*;
3. The Clerk of the Court is directed to assign a District Judge to this case for the purpose of closing the case; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 4, 2020**

_____
UNITED STATES DISTRICT JUDGE